PAMELA PITT, State Bar No. 156395
MARIA BOURN, State Bar No. 269322
LAW OFFICE OF PAMELA PITT
22 Battery Street, Suite 1000
San Francisco, CA 94111
Tel: 415.291.9251
Email: pittlawoffice@gmail.com
Email: mariabourn@gmail.com

Attorneys for Plaintiff
DEBORAH A. HUBBARD


MELINDA S. RIECHERT, State Bar No. 65504
YIN ZHENG, State Bar No. 268619
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel:    650.843.4000
Fax:    650.843.4001
Email: mriechert@morganlewis.com
Email: lzheng@morganlewis.com

Attorneys for Defendant
PACIFIC SCIENTIFIC ENERGETIC MATERIALS
COMPANY (CALIFORNIA), LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANNE HUBBARD,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC SCIENTIFIC ENERGETIC MATERIALS/DANAHER CORPORATION<br><br>    Defendant(s). | Case No. CV11-04289 HRL<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE FOR SUBMITTING SETTLEMENT CONFERENCE STATEMENTS AND CONFIDENTIAL SETTLEMENT LETTERS;** ~~[PROPOSED]~~ **ORDER** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

JOINT STIPULATION TO EXTEND THE
DEADLINE; [~~PROPOSED~~] ORDER
CASE NO. CV11-04289 HRL

Plaintiff Deborah A. Hubbard ("Plaintiff") and Defendant Pacific Scientific Energetic Materials Company (California), LLC ("Defendant"), by and through their respective counsel, stipulate as follows:

WHEREAS, Plaintiff had been proceeding in this matter without counsel's representation until recently when she retained counsel to represent her. Plaintiff's counsel entered a notice of appearance on December 22, 2011. *See* Docket No. 30.

WHEREAS, in light of Plaintiff's recent retention of counsel, Defendant re-scheduled Plaintiff's deposition to January 17, 2012, the earliest date when both parties and their counsel are ready and available.

WHEREAS, the deadline, as it currently stands in the Court's Settlement Conference Order (Docket No. 28), for the parties to submit settlement conference statements and confidential settlement letters to the Court is January 17, 2012.

WHEREAS, both parties desire to seek an extension of the deadline for submitting the settlement conference statements and confidential settlement letters to the Court, so that the parties can complete Plaintiff's deposition before the submissions.

THEREFORE, the parties hereby stipulate that the deadline for submitting the settlement conference statements and confidential settlement letters to the Court be extended to January 23, 2012.

IT IS SO STIPULATED.

///
///
///
///
///
///
///
///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

JOINT STIPULATION TO EXTEND THE
DEADLINE; [PROPOSED] ORDER
CASE NO. CV11-04289 HRL

Dated: January 3, 2012

LAW OFFICE OF PAMELA PITT

By *(signed)*
PAMELA PITT
MARIA BOURN
Attorneys for Plaintiff
DEBORAH A. HUBBARD

Dated: January 4, 2012

MORGAN, LEWIS & BOCKIUS LLP

By *(signed)*
MELINDA S. RIECHERT
YIN ZHENG
Attorneys for Defendant
PACIFIC SCIENTIFIC ENERGETIC MATERIALS COMPANY (CALIFORNIA), LLC

<b>~~[PROPOSED]~~ ORDER</b>

Based on the foregoing Joint Stipulation and for good cause appearing, IT IS ORDERED that the deadline for both parties to submit settlement conference statements and confidential settlement letters to the Court is extended to January 23, 2012.

IT IS SO ORDERED.

Dated: January __18__, 2012

_____
Honorable Donna Ryu
Magistrate Judge of the U.S. District Court

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Palo Alto

4

JOINT STIPULATION TO EXTEND THE
DEADLINE; [PROPOSED] ORDER
CASE NO. CV11-04289 HRL