**\*\* E-filed January 31, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH ANNE HUBBARD, | No. C11-04289 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| PACIFIC SCIENTIFIC ENERGETIC MATERIALS; et al., | |
| Defendants. | |

The court is informed that the parties have reached a settlement. Dkt. No. 33. Accordingly, any pending case management deadlines have been vacated.

All parties shall appear on **February 28, 2012** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause why, if any, this case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than **February 21, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: January 31, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04289 HRL Notice will be electronically mailed to:**

Pamela Octavia Pitt         pampitt@mindspring.com
Melinda S. Riechert       mriechert@morganlewis.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**